1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   MARK D. LIPTON, State Bar #152864
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3859 [Baumgartner]
   Telephone:     (415) 554-4218 [Lipton]
7  Facsimile:     (415) 554-3837
   E-Mail:        margaret.baumgartner@sfgov.org
8  E-Mail:        mark.lipton@sfgov.org

9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JAMI TILLOTSON, an individual, | Case No. 15-cv-04014-DMR |
| Plaintiff, | AMENDED **STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 30, 2016 CASE MANAGEMENT CONFERENCE [DKT. NO. 17]** (AS MODIFIED) |
| vs. | |
| CITY OF SAN FRANCISCO; a municipal corporation; GARY BUCKNER, sergeant for the SAN FRANCISCO Police Department; DOUGLAS FARMER, sergeant for the SAN FRANCISCO Police Department, BRIAN STANSBURY, sergeant for the SAN FRANCISCO Police Department; PATRICK WOODS, officer for the SAN FRANCISCO Police Department; MATTHEW ENG; officer for the SAN FRANCISCO Police Department; BRIAN KNEUKER, officer for the SAN FRANCISCO Police Department; and DOES 1 to 25, inclusive, joint and severally, in their individual, capacities and their capacities as police officers for the SAN FRANCISCO Police Department, | Hearing Date:  March 30, 2016<br>Time:          1:30 p.m.<br>Place:         Courtroom 4, 3rd Floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br><br>Trial Date:    March 6, 2017 |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Whereas, the Court's Civil Conference Minute Order, dated December 2, 2015, set a further case management conference for March 30, 2016, at 1:30 p.m. [Dkt. No. 17]

Whereas, the parties, through counsel, have stipulated to continue the settlement conference, currently set for April 1, 2016.

Whereas, a case management conference will be more meaningful if it is conducted after a settlement conference.

Therefore, the parties, through counsel, hereby stipulate to continuing the case management conference to a date after the continued settlement conference.

Dated: March 22, 2016

                    DENNIS J. HERRERA
                    City Attorney
                    CHERYL ADAMS
                    Chief Trial Deputy
                    MARGARET W. BAUMGARTNER
                    MARK D. LIPTON
                    Deputy City Attorneys

                    By:   */s/ Mark D. Lipton*
                          MARK D. LIPTON

                    Attorneys for Defendant
                    CITY AND COUNTY OF SAN FRANCISCO

Dated: March 22, 2016

                    THE LAW OFFICES OF JOHN L. BURRIS

                    By:   /s/ DeWitt M. Lacy
                          DEWITT M. LACY

                    Attorneys for Defendant
                    CITY AND COUNTY OF SAN FRANCISCO

1  **[PROPOSED] ORDER** (AS MODIFIED)

2  PURSUANT TO STIPULATION, the case management conference set for March 30, 2016 at

3  1:30 p.m. [Dkt. No.17] is continued to __August 3__, 2016, at __1:30__ p.m.  The parties shall submit an updated joint case management conference statement by no later than July 27, 2016.  Plaintiff's motion

4  IT IS SO ORDERED.    to appear by telephone [24] is denied as moot.

6  Dated: __3/25/2016__    _____

7  THE HONORABLE DONNA M. RYU
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

Stipulation to Continue 3/30/15 CMC                    3                    n:\lit\li2016\150779\01091609.doc
Case No. **15-cv-04014-DMR**