1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   MARK D. LIPTON, State Bar #152864
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3859 [Baumgartner]
   Telephone:     (415) 554-4218 [Lipton]
7  Facsimile:     (415) 554-3837
   E-Mail:        margaret.baumgartner@sfgov.org
8  E-Mail:        mark.lipton@sfgov.org

9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

12                           UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JAMI TILLOTSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF SAN FRANCISCO; a municipal corporation; GARY BUCKNER, sergeant for the SAN FRANCISCO Police Department; DOUGLAS FARMER, sergeant for the SAN FRANCISCO Police Department, BRIAN STANSBURY, sergeant for the SAN FRANCISCO Police Department; PATRICK WOODS, officer for the SAN FRANCISCO Police Department; MATTHEW ENG; officer for the SAN FRANCISCO Police Department; BRIAN KNEUKER, officer for the SAN FRANCISCO Police Department; and DOES 1 to 25, inclusive, joint and severally, in their individual, capacities and their capacities as police officers for the SAN FRANCISCO Police Department,<br><br>　　　　Defendants. | Case No. 15-cv-04014-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MARCH 30, 2016 CASE MANAGEMENT CONFERENCE [DKT. NO. 17]** (AS MODIFIED)<br><br>Hearing Date:　　March 30, 2016<br>Time:　　　　　　1:30 p.m.<br>Place:　　　　　　Courtroom 4, 3rd Floor<br>　　　　　　　　　1301 Clay Street<br>　　　　　　　　　Oakland, CA 94612<br><br>Trial Date:　　　　March 6, 2017 |

## STIPULATION

Whereas, the Court's Civil Conference Minute Order, dated December 2, 2015, set a further case management conference for March 30, 2016, at 1:30 p.m.  [Dkt. No. 17]

Whereas, the parties, through counsel, have stipulated to continue the settlement conference, currently set for April 1, 2016.

Whereas, a case management conference will be more meaningful if it is conducted after a settlement conference.

Therefore, the parties, through counsel, hereby stipulate to continuing the case management conference to a date after the continued settlement conference.

Dated:  March 22, 2016

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> MARGARET W. BAUMGARTNER
> MARK D. LIPTON
> Deputy City Attorneys
>
> By: */s/ Mark D. Lipton*
>     MARK D. LIPTON
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 22, 2016

> THE LAW OFFICES OF JOHN L. BURRIS
>
> By: */s/ DeWitt M. Lacy*
>     DEWITT M. LACY
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

1

**[~~PROPOSED~~] ORDER** (AS MODIFIED)

2   PURSUANT TO STIPULATION, the case management conference set for March 30, 2016 at

3   1:30 p.m. [Dkt. No.17] is continued to __July 6__, 2016, at __1:30__ p.m.  The parties shall submit an updated joint case management conference statement by no later than June 29, 2016.  Plaintiff's motion

4   IT IS SO ORDERED.    to appear by telephone [24] is denied as moot.

6   Dated: __3/25/2016__       _____

THE HONORABLE DONNA M. RYU
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

Stipulation to Continue 3/30/15 CMC             3             n:\lit\li2016\150779\01091609.doc
Case No.  **15-cv-04014-DMR**