JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI TILLOTSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO; a municipal corporation; GARY BUCKNER, in his individual capacity and his capacity as a sergeant for the SAN FRANCISCO Police Department; DOUGLAS FARMER, in his individual capacity and his capacity as a sergeant for the SAN FRANCISCO Police Department, BRIAN STANSBURY, in his individual capacity and his capacity as a sergeant for the SAN FRANCISCO Police Department; PATRICK WOODS, in his individual capacity and his capacity as an officer for the SAN FRANCISCO Police Department; MATTHEW ENG; in his individual capacity and his capacity as an officer for the SAN FRANCISCO Police Department;  BRIAN KNEUKER, in his individual capacity and his capacity as an officer for the SAN FRANCISCO Police Department; and DOES 1 to 25, inclusive, joint and severally, in their individual capacities and their capacities as police officers for the SAN FRANCISCO Police Department,<br><br>    Defendants. | Case No.: 4:15-cv-04014-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

1     WHEREAS, Plaintiff is unable to appear at the settlement conference presently set for April 1, 2016 before Judge Westmore;

    WHEREAS, it is necessary for additional discovery to be completed before there can be any meaningful settlement discussions;

    WHEREAS, the earliest date available for settlement conference before Judge Westmore is June 15, 2016;

    WHEREAS, in the interests of judicial economy and justice, all would benefit from a continuance of the settlement conference currently scheduled for April 1, 2016;

    The parties to the above-captioned action, through their respective counsel, hereby stipulate to continue the mandatory settlement conference to June 15, 2016 at  11:00 am .

SO STIPULATED.

Dated:  March 22, 2016                              **THE LAW OFFICES OF JOHN L. BURRIS**

                                                                     By   */s/DeWitt M. Lacy*
                                                                           DeWitt M. Lacy
                                                                           Attorney for Plaintiffs

Dated: March 22, 2016

                                                                           By:  \*/s/
                                                                           Mark D. Lipton
                                                                           Margaret W. Baumgartner
                                                                           Attorney(s) for Defendants
                                                                           \*Mr. Lipton has given his permission for this document to be electronically filed.

The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the mandatory settlement conference currently scheduled for April 1, 2016 at 11:00 a.m., be continued to June 15, 2016 at __11:00 am__, 2016, with the Honorable Kandis A. Westmore.

**IT IS SO ORDERED.**

DATED: March __25__, 2016

_____
HONORABLE KANDIS A. WESTMORE