```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   MARK D. LIPTON, State Bar #152864
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3859 [Baumgartner]
   Telephone:    (415) 554-4218 [Lipton]
7  Facsimile:    (415) 554-3837
   E-Mail:       margaret.baumgartner@sfgov.org
8  E-Mail:       mark.lipton@sfgov.org

9  Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI TILLOTSON, an individual, | Case No. 15-cv-04014-DMR (KAW) |
| Plaintiff, | **[PROPOSED] ORDER EXCUSING SOME INDIVIDUAL DEFENDANTS FROM ATTENDANCE AT SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF SAN FRANCISCO; a municipal corporation; GARY BUCKNER, sergeant for the SAN FRANCISCO Police Department; DOUGLAS FARMER, sergeant for the SAN FRANCISCO Police Department, BRIAN STANSBURY, sergeant for the SAN FRANCISCO Police Department; PATRICK WOODS, officer for the SAN FRANCISCO Police Department; MATTHEW ENG; officer for the SAN FRANCISCO Police Department; BRIAN KNEUKER, officer for the SAN FRANCISCO Police Department; and DOES 1 to 25, inclusive, joint and severally, in their individual, capacities and their capacities as police officers for the SAN FRANCISCO Police Department, | Trial Date:    March 6, 2017 |
| Defendants. | |

**PROPOSED ORDER**

Having read and considered the June 14, 2016 letter ~~lodged~~ filed by Defendants' counsel requesting that Defendants Sgt. Gary Buckner, Sgt. Douglas Farmer, Officer Patrick Woods, and Officer Matthew Eng be excused from attending the June 15, 2016 settlement conference, Plaintiff's agreement with the request to excuse the officers, and good cause appearing,

IT IS HEREBY ORDERED that Defendants, Sgt. Gary Buckner, Sgt. Douglas Farmer, Officer Patrick Woods, and Officer Matthew Eng are excused from attending the June 15, 2016 settlement conference.  IT IS SO ORDERED.

Dated: 06/14/16

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE