UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI TILLOTSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 15-cv-04014-DMR<br><br>**ORDER ON JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 39 |

The court has reviewed the parties' July 22, 2016 joint discovery letter, which is set for hearing on August 25, 2016. It does not appear that there are currently any disputes that are ripe for the court's decision. For example, it appears that the parties have reached agreement regarding Defendants' production of investigative files for any complaints regarding use of force or false arrest by Defendants Officer Kneuker and Sergeant Stansbury for the past five years, including investigators' notes. Joint Letter at 3. It appears that the parties have not completed meeting and conferring regarding the remaining disputes, including records from the officers' personnel files and psychological examination results. As to the parties' dispute regarding the production of a privilege log, the court is unable to rule on this dispute since it appears Plaintiff is willing to narrow the scope of some of the requests for production, but the parties have not completed meeting and conferring. However, the court notes that its Standing Order provides that "[o]f a party withholds responsive information by claiming that it is privileged or otherwise protected from discovery, that party shall produce a privilege log as quickly as possible, but **no later than fourteen days after its disclosures or discovery responses are due**, unless the parties stipulate to or the court sets another date." Standing Order at 3-4 (emphasis in original).

Accordingly, the August 25, 2016 hearing is VACATED. To the extent any discovery disputes remain, the parties shall file a joint letter addressing all remaining disputes that are ripe

for decision by August 25, 2016.

**IT IS SO ORDERED.**

Dated: August 19, 2016



_____
Donna M. Ryu
United States Magistrate Judge